IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES E. ENDTRICHT, et al., | No. CV 03-073-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On September 29, 2006, the Honorable Bernardo P. Velasco, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No. 119). The Recommendation advised the Court to **GRANT** Defendant's Motion for Summary Judgment (Docket No. 95).

The Court has read and considered the Plaintiff's Objection (Docket No. 122). The Court considers the Recommendation (Docket No. 119) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will **ADOPT** the Recommendation of Magistrate Judge Velasco.

DATED this 14th day of February, 2007.

Raner C. Collins
United States District Judge